UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHELVIE JEAN WEEKS,              )
                                 )
            Plaintiff,           )
                                 )     **JUDGMENT IN A CIVIL CASE**
       v.                        )
                                 )     **CASE NO. 5:14-CV-155-D**
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security,                 )
                                 )
            Defendant.           )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Weeks's objections to the M&R are SUSTAINED, Weeks's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on September 8, 2015, and Copies To:**

Derrick Kyle Arrowood                    (via CM/ECF Notice of Electronic Filing)

David M. Mansfield                       (via CM/ECF Notice of Electronic Filing)

DATE:                                    JULIE RICHARDS JOHNSTON, CLERK

September 8, 2015                        (By) /s/ Crystal Jenkins
                                              Deputy Clerk